UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANCISCO ALVARADO SERRANO, | : | |
| Petitioner, | : | Civ. No. 23-2920 (RBK) |
| v. | : | |
| WARDEN FCI FORT DIX, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner recently updated his address of record. In the interest of justice, and so Petitioner has an opportunity to respond to Respondent's letter in opposition to his habeas petition, the Clerk will be ordered to serve Respondent's response on Petitioner at his new address of record.

Accordingly, IT IS on this 31st day of July 2023,

ORDERED that the Clerk shall serve on Petitioner by regular U.S. mail: (1) a copy of this memorandum and order; and (2) a copy of Respondent's letter and corresponding attachment in opposition to Petitioner's habeas petition (ECF 5 & 5-1); and it is further

ORDERED that Petitioner shall have forty-five (45) days from the date of this memorandum and order in which to file a reply in support of his habeas petition.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge