UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANCISCO ALVARADO SERRANO, | : | |
| Petitioner, | : | Civ. No. 23-2920 (RBK) |
| v. | : | |
| WARDEN, FCI FORT DIX, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

  Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 20, 2023, mail sent to Petitioner at his listed address of record was returned to the Clerk as undeliverable. (*See* ECF 8). Thus, Petitioner is in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

  Accordingly, IT IS this 29th day of September, 2023,

  ORDERED that by failing to provide the Court with his current address, Petitioner has not complied with Local Civil Rule 10.1; and it is further

  ORDERED that as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

  ORDERED if Petitioner updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this memorandum and order, the Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this memorandum and order on Petitioner by regular U.S mail at his last listed address of record.

s/ Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge